# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

IN THE MATTER OF:

**Walter Smereka, Jr.**

    Debtor.

Case No.**: 22-48272-MAR**
Chapter **7**
Honorable **Mark A. Randon**

---

**JOSEPH L. GRIMA (P 44756)**
Attorney for Debtor
18232 Mack Ave.
Grosse Pointe Farms, MI 48236
(313) 417-8422

---

## MOTION TO CONVERT FROM CHAPTER 7 TO CHAPTER 13

**NOW COMES** the Debtor, Walter Smereka, Jr., by and through Attorney Joseph L. Grima & Associates, P.C., and states as follows:

1. On October 21, 2022, Debtor filed a Petition under Chapter 7 of Title 11, United States Bankruptcy Code.

2. Since the filing of said Petition, the financial situation of the Debtor's household has changed to the extent that he is now able to repay some of the debt incurred.

3. Debtor requests that the Chapter 7 case be converted to Chapter 13.

**WHEREFORE**, Debtor respectfully requests that this Honorable Court grant his Motion to Convert from Chapter 7 to Chapter 13.

Respectfully submitted,

Joseph L. Grima & Associates, P.C.

DATED: December 06, 2022

/s/ Joseph L. Grima
JOSEPH L. GRIMA (P 44756)
Attorney for Debtor
18212 Mack Ave.
Grosse Pointe Farms, MI 48236
(313) 417-8422
grimalaw@gmail.com